April 25, 2016

Kenneth K. Lee
Tel +1 213 239 5152
klee@jenner.com

**VIA E-MAIL AND HAND DELIVERY**

Melissa W. Wolchansky
Halunen & Associates
80 South 8th Street, Suite 1650
IDS Center
Minneapolis, MN 55402
Email: wolchansky@halunenlaw.com

Michael Robert Reese
Reese LLP
100 West 93rd Street, 16th floor
New York, NY 10025
Email: mreese@reesellp.com

Re: *Forsher v. The J.M. Smucker Co.*, Case No. 15-cv-07180-RJD-MDG

Dear Counsel:

We represent Defendant The J.M. Smucker Co. in the above referenced matter. Pursuant to Judge Dearie's Individual Motion Practices, we enclose the following documents in support of Smucker's Motion to Dismiss:

- Notice of Motion to Dismiss Plaintiff's Complaint;
- Memorandum of Law in Support of Motion to Dismiss;
- Declaration of Kenneth K. Lee in Support of Motion to Dismiss.

A copy of this letter will be filed electronically and mailed to Ellen Mulqueen, Case Manager.

Respectfully yours,

/s/ Kenneth K. Lee
Kenneth K. Lee